# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**EARL EDMONDS**                                                                           **PLAINTIFF**

**v.**                               **CIVIL ACTION NO. 2:11-CV-102-KS-MTP**

**THE CITY OF HATTIESBURG, et al.**                           **DEFENDANTS**

## ORDER

On June 26, 2012, Defendant filed a Motion to Dismiss [32] this case for Plaintiff's failure to comply with Court orders, but Defendant failed to provide a memorandum of law in support of the motion, as required by Local Rule 7(b)(4). L.U.Civ.R. 7(b)(4). Defendant seeks the dismissal of Plaintiff's entire case. In light of the severity of the requested sanction, the Court declines to address the issue without a supporting memorandum of law. Accordingly, the Court **denies** Defendant's Motion to Dismiss [32].

SO ORDERED AND ADJUDGED this 28th day of June, 2012.

                                                         *s/ Keith Starrett*
                                          UNITED STATES DISTRICT JUDGE